Commonwealth ex rel. Hill, Appellant, *v.* Myers.

Submitted June 12, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Beverly Hill,* appellant, in propria persona.

*Arthur J. Marion* and *Arlen Specter,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, September 12, 1963:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge McCLANAGHAN of the Court of Common Pleas No. 7 of Philadelphia County, as reported in 30 Pa. D. & C. 2d 799, with the notation that relator was represented by counsel at the trial on the criminal indictments, on which he was convicted, before Judge WEINROTT without a jury.